The People of the State of New York ex rel. Bella Wrubel, Appellant, v.

# 964    CASES REPORTED WITH BRIEF SYLLABI.

Eddy Glickman, Respondent.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.